JP:NS

M12-0187

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

EMMANUEL ORIZU,

           Defendant.

- - - - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      KYLER HARDIN, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, ("HSI"), duly appointed according to law and acting as such.

      Upon information and belief, on or about February 24, 2012, within the Eastern District of New York and elsewhere, defendant EMMANUEL ORIZU did knowingly, intentionally and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

     [1]     Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

1.    On or about February 24, 2012, defendant EMMANUEL ORIZU arrived at John F. Kennedy International Airport in Queens, New York, aboard Delta Airlines Flight No. 27 from Accra, Ghana.

2.    During an examination, a Customs and Border Protection ("CBP") officer noticed that defendant EMMANUEL ORIZU appeared unusually nervous.  As a result, a CBP officer conducted a pat-down search, which yielded negative results. Following the pat-down search, the defendant's nervous behavior continued.

3.    The defendant was presented with an x-ray consent form, which he read, appeared to understand and refused to sign.

4.    While CBP officers prepared the defendant for transport to the medical facility at John F. Kennedy International Airport for a monitored bowel movement, the defended asked to speak with CBP officers again.  The defendant then admitted, in sum and substance, that he swallowed foreign bodies.  The defendant was again presented with an x-ray consent form, which he read, appeared to understand and signed.

5.    The defendant was then transported to the medical facility at John F. Kennedy International Airport, where an x-ray was taken of defendant's intestinal tract, which was positive for foreign bodies.  The defendant passed at least one

pellet, which field-tested positive for the presence of heroin. The defendant was then placed under arrest.

5.   Defendant EMMANUEL ORIZU will be detained at the JFK medical facility until such time as he has passed all the pellets contained within his intestinal tract.

WHEREFORE, your deponent respectfully requests that defendant EMMANUEL ORIZU be dealt with according to law.

KYLER HARDIN
Special Agent
HSI

Sworn to before me this
24th day of February, 2012

HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK